**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Mischiara v. Riddell, Inc.

Case Number: 1:17-cv-07308

An appearance is hereby filed by the undersigned as attorney for:
Riddell, Inc., Defendant

Attorney name (type or print): Michael R. Dover

Firm: Kelley Drye & Warren LLP

Street address: 333 West Wacker Drive, 26th Floor

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6294231
(See item 3 in instructions)

Telephone Number: (312) 857-7087

Email Address: mdover@kelleydrye.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you acting as local counsel in this case? | ✔ | |
| Are you a member of the court's trial bar? | ✔ | |
| If this case reaches trial, will you act as the trial attorney? | ✔ | |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
   ☐ Federal Defender
   ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on October 11, 2017

Attorney signature: S/ Michael R. Dover
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015